815 A.2d 556

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner**

v.

**Francis John J. McGOVERN, Respondent.**

**No. 797 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

Dec. 10, 2002.

*ORDER*

PER CURIAM:

AND NOW, this 10th day of December, 2002, there having been filed with this Court by Francis John J. McGovern his verified Statement of Resignation dated November 21, 2002, stating that he desires to resign from the Bar of the Commonwealth of Pennsylvania in accordance with the provisions of Rule 215, Pa.R.D.E., it is

ORDERED that the resignation of Francis John J. McGovern be and it is hereby accepted and he is DISBARRED ON CONSENT from the Bar of the Commonwealth of Pennsylvania; and it is further ORDERED that he shall comply with the provisions of Rule 217, Pa.R.D.E. Respondent shall pay costs, if any, to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.